```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CANDACE BOCCI,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :       23 Civ. 1780 (JPC)
        -v-                                                            :
                                                                       :              ORDER
NATIONSTAR MORTGAGE LLC d/b/a/ MR. COOPER                              :
et al.,                                                                :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff Candace Bocci's motion for a preliminary injunction. Dkt. 3.  However, the docket reflects that Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Deutsche Bank National Trust Company have not yet been served.  Plaintiff is ordered to serve Defendants according to Rule 4 of the Federal Rules of Civil Procedure by March 31, 2023, and to file proof of service on the docket by April 5, 2023.

    SO ORDERED.

Dated: March 24, 2023
       New York, New York                          _____
                                                         JOHN P. CRONAN
                                                     United States District Judge