UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CANDACE BOCCI, :
:
Plaintiff, :
: 23 Civ. 1780 (JPC) (KHP)
-v- :
: ORDER
NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER :
*et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    For the reasons stated on the record at the preliminary injunction hearing held on July 6, 2023, Plaintiff's motion for a preliminary injunction, Dkt. 3, is denied.

    SO ORDERED.

Dated: July 7, 2023
       New York, New York

                                              JOHN P. CRONAN
                                      United States District Judge