USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDACE BOCCI,

                     Plaintiff,

         -against-

NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER et al.,

                     Defendants.

**ORDER**

23-CV-1780 (JPC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the November 1, 2023 Case Management Conference:

The parties are directed to meet and confer regarding a potential mutual resolution of this matter and the foreclosure action that is pending in state court. By **Friday, December 1, 2023**, the parties shall file a joint status letter providing an update as to these discussions and stating whether the parties would like a referral to the Court-annexed mediation program for a mediation conference and/or an extension of the Motion to Dismiss briefing deadlines in order to facilitate continued discussion.

Defendants' Motion to Dismiss is due on **Friday, December 15, 2023**. Plaintiff's opposition to the motion is due on **Wednesday, January 31, 2024**. Defendants' reply is due on **Wednesday, February 14, 2024**. Briefing shall comply with my Individual Rules, available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Individual%20Practices%20in%20Civil%20Cases.pdf. The opening brief and opposition brief are limited to 25 pages in length and the reply is limited to 10 pages. Briefs should include a table of contents and a table of authorities, neither of which shall count against the page limit. To the extent citing unreported cases, parties are requested to use Westlaw citations whenever

possible.  Defendants shall provide Plaintiff with copies of any unreported cases that they cite in their Opening and Reply briefs.

In the event either party requires an extension of these deadlines, they shall file a letter motion on ECF at least two business days in advance of the deadline requesting the extension and stating the other party's position as to the requested extension (i.e. whether they consent or object).

Dated: New York, New York
November 1, 2023

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge