USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2024

Candace Bocci
119 Fulton St #14
New York NY 10038

October 16, 2024

Hon. John P. Cronan, U.S.D.J.
Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St
New York NY 10007

    In Re:  Bocci v Nationstar et al.
            Case No. 23CV-01780

Dear Judge Cronan and Judge Parker,

    I respectfully request an extension of time to file my Second Amended Complaint (SAC), and would appreciate the Court's extension to December 2, or a later date acceptable to the Court, given my current workload and family obligations.  This will enable me to make revisions to my complaint comprehensively taking into account the information from the Court, and edit down the size and organization of my complaint to an acceptable format pursuant to the Court's feedback.

    If there are any questions or concerns regarding this letter, I can be contacted via cell at (917) 968-6080, or email at candacebocci@gmail.com.

    I thank the Court for this consideration.

                                      Respectfully,

                                      */s/ Candace Bocci*
                                      Candace Bocci

---

Plaintiff's request is GRANTED. Plaintiff's second amended complaint shall be filed by **December 2, 2024**. In addition, Defendants shall respond to the second amended complaint by **December 16, 2024**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 69.

SO ORDERED:

*Katharine H. Parker*  10/22/2024
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE